**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

**CESAR MILLAN-MURIEL, ET AL.,**

**Plaintiffs,**

**v.**                                                                                  **CIVIL NO. 15-1040 (GAG)**

**MUNICIPALITY OF CAROLINA,**

**Defendant.**

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal at Docket No. 48, judgment is hereby entered **DISMISSING with prejudice** the present action. Each party shall bear its own costs and fees.

**SO ORDERED.**

In San Juan, Puerto Rico this 12th day of April, 2017.

*/s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
UNITED STATES DISTRICT JUDGE